IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS CARTER ANDERSON,

      Plaintiff,                        No. CIV S-03-0817 MCE KJM P

     vs.

W. HARTLEY, et al.,

      Defendants.                <u>ORDER</u>

/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  A status hearing was held with respect to pending matters on September 26, 2006.  Plaintiff appeared telephonically.  Deputy Attorney General Catherine Woodbridge appeared for defendants Hernandez, Morrison and Pai.  Based on the court's file, the discussion occurring at the hearing, the arguments of the parties, and good cause appearing, THE COURT ORDERED and hereby confirms that by the close of business tomorrow, counsel for defendants shall provide a declaration including the following information:

        1.  The dates defendant Morrison has worked at the California Medical Facility (CMF) and the identity of the facility where Morrison now works, if it is not CMF.

        2.  The dates defendant Hernandez has worked at the California Medical Facility and the identity of facility where Hernandez now works.

1

1          3. An outline of the policy followed by the California Attorney General's office
2  concerning how deputy attorneys general gain access to a plaintiff / California Department of
3  Corrections prison inmate's medical records, including when an inmate has requested copies of
4  those records in discovery. Counsel shall indicate when this policy was implemented.
5          4. Counsel shall also describe in detail, or provide a copy of, the policy that
6  dictates at what times a California Department of Corrections physician may access an inmate's
7  medical records and indicate when this policy was implemented.
8  DATED: September 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1
ande0817.mta