IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS CARTER ANDERSON,

        Plaintiff,                    No. CIV S-03-0817 MCE KJM P

    vs.

W. HARTLEY, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed a motion to compel discovery. On September 29, 2006, the court ordered defendants to respond to several of plaintiff's discovery requests. In his motion, plaintiff appears dissatisfied with the manner in which defendants met their obligations to turn over certain documents. However, defendants have demonstrated that they did provide plaintiff with all responsive documents in their control or possession. The court cannot compel defendants to produce that which they do not have. Plaintiff's motion will be denied. Plaintiff also asks that the court sanction defendants. Based on the foregoing, there is no cause for sanctions.

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's November 8, 2006 motion to compel is denied.

DATED: April 26, 2007.

_____
U.S. MAGISTRATE JUDGE

1
ande0817.mtc