IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS CARTER ANDERSON,

    Plaintiff,                    No. CIV S-03-0817 MCE KJM P

  vs.

W. HARTLEY, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Defendants Hernandez, Morrison and Pai filed a motion for summary judgment on December 1, 2006. On December 20, 2006, plaintiff filed a motion asking that the court deny defendants' motion under Federal Rule of Civil Procedure 56(f). Plaintiff has not shown cause for denying defendants' motion under Rule 56(f). Discovery is closed and plaintiff has not shown cause for further discovery.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 20, 2006 "motion for relief from summary judgment . . ." is denied.

        2. Plaintiff shall file an opposition to defendants' motion for summary judgment within thirty days of this order. Plaintiff's failure to file an opposition within thirty days will

1 result in a recommendation that this action be dismissed under Federal Rule of Civil Procedure
2 41(b).
3 DATED: June 20, 2007.

_____
U.S. MAGISTRATE JUDGE

1
ande0817.57