IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS CARTER ANDERSON,

    Plaintiff,                    No. CIV-03-0817 MCE KJM P

    vs.

W. HARTLEY, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On December 1, 2006, defendants filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition to defendants' motion for summary judgment. Failure to file an opposition will result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: September 12, 2007.

_____
U.S. MAGISTRATE JUDGE

1
ande0817.46