IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS CARTER ANDERSON,

    Plaintiff,                    No. CIV S-03-0817 MCE KJM P

    vs.

W. HARTLEY, et al.,                ORDER

    Defendants.

_____/

        On September 28, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed September 11, 2007, ordering that plaintiff file an opposition to defendants' motion for summary judgment within thirty days. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 11, 2007, is affirmed.

Dated: October 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE