1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JULIUS CARTER ANDERSON,              No. CIV S-03-0817 MCE KJM P

12            Plaintiff,

13       vs.                              ORDER

14   W. HARTLEY, et al.,

15            Defendants.

16   _____/

17       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20       On November 1, 2007, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty days.  Neither party has filed

23   objections to the findings and recommendations.

24       The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1

1    1.  The findings and recommendations filed November 1, 2007, are adopted in full; and

2    2.  This action is dismissed.

3

Dated:  January 4, 2008

4

5                 MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26